# United States District Court
## For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (Petty / Misdemeanor Offenses) |
| STEPHEN TODD THOMPSON | Case Number: DNCW107MJ000000-111 |
| | USM Number: |
| | Perry W. Fisher, II |
| | Defendant's Attorney |

**THE DEFENDANT:**

- x    Pleaded guilty to count(s) 1
- ☐    Pleaded guilty to violation(s)
- ☐    Pleaded not guilty to count(s)
- ☐    Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 16:3372(a)(2)(B) and 2272(d)(2) | Game Conservation Acts | 8/26/2005 | 1 |

- ☐    Counts(s) (is)(are) dismissed on the motion of the United States.
- ☐    Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- ☐    Found not guilty as to:

**IMPOSITION OF SENTENCE:** Defendant pay a fine of $10,000.00 and a special assessment of $25.00. Fine be paid to the United States Fish and Wildlife Service Lacey Act Reward Account and should be deposited into deposit fund 685XX and disbursed by Treasury check to: U.S. Fish & Wildlife Service, Denver Finance Center, P.O. Box 272060, Denver, CO 80227, attention Randy VanPelt.

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Defendant's Soc. Sec. No.:

Date of Imposition of Sentence: December 28, 2007

Defendant's Mailing Address:

,

_____
Dennis L. Howell
United States Magistrate Judge

Date Signed:     December 30, 2007

**RETURN**

I have executed this Judgment as follows: _____

_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal